B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Western District of North Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Firethorne Country Club, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>1108 Firethorne Club Drive<br>Waxhaw, NC | ZIPCODE<br>28173 | Street Address of Joint Debtor (No. and Street, City, and State | ZIPCODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>Union | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIPCODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>___Country Club___ | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>                           Main Proceeding<br>☑ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                           Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose."     ☑ Debts are primarily<br>business debts |

| Filing Fee (Check one box) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)   Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,190,000<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes, in accordance with  11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1000-<br>5000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31669

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Firethorne Country Club, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed:  N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:  NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Firethorne Country Club, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X _____
    Signature of Attorney for Debtor(s)
TRAVIS W. MOON 3067
    Printed Name of Attorney for Debtor(s)
HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
    Firm Name
201 S. College Street, Suite 2020
    Address
Charlotte, NC  28244

704-344-1117
    Telephone Number

_____
    Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual
HOWARD M. NIFONG, JR.
    Printed Name of Authorized Individual
LLC Manager
    Title of Authorized Individual
3-15-10
    Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
    Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
    Address

X _____

_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 31669

B203
12/94

# United States Bankruptcy Court
## Western District of North Carolina

In re   Firethorne Country Club, LLC

Case No. _____

Chapter    _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..................................................... $   50,000.00

Prior to the filing of this statement I have received ..............................…….......... $   10,000.00

Balance Due ....................................................................................................... $   40,000.00

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31669

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

_3/15/2010_                          _____
Date                                         Signature of Attorney

HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
Name of law firm

## DIRECTORS RESOLUTION

I, Howard M. Nifong, Jr., the LLC Manager of Firethorne Country Club, LLC, a North Carolina limited liability company (the "Company") having a corporate headquarters located at 1108 Firethorne Club Drive, Waxhaw, NC, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: _Charlotte_ , North Carolina
March _15_, 2010

FIRETHORNE COUNTRY CLUB, LLC

By: _____
Name: Howard M. Nifong, Jr.
Title: LLC Manager

{00223186.DOC V. F008.013062;}

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In re  Firethorne Country Club, LLC                    ,
                     Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Freeman, John 4316 Woodwind Street Charlotte , NC 28213 | | | | 47,032.64 |
| Jim Berns 4411 Horseshoe Bend Weddington , NC 28104 | | | | 25,000.00 |
| Marvin Bridge Co 6401 Carmel Road, Suite 105 Charlotte , NC 28226 | | | | 20,392.80 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31669

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| Blue Cross/ Blue Shield<br>PO box 2291<br>Durham, NC 27702-2291 | | | | 15,839.68 |
| Union County (property Taxes)<br>PO Box 38<br>Monroe, NC 28111 | | | | 13,363.53 |
| Foster Caviness<br>PO Box 35075<br>Greensboro, NC 27425-5075 | | | | 13,179.47 |
| Harrell's Inc<br>PO Box 807<br>Lakeland, FL 33802 | | | | 13,128.64 |
| Lesco, Inc<br>PO Box 530931<br>Atlanta, GA 30353 | | | | 12,316.87 |
| Harold Barnes<br>1817 Tullamore Park Circle<br>Charlotte , NC 28226 | | | | 10,000.00 |
| Union Power Cooperative<br>PO Box 5014<br>Monroe, NC 28111-5014 | | | | 7,470.42 |
| Piedmont Natural Gas<br>PO Box 533500<br>Atlanta, GA 30353 | | | | 7,458.50 |
| Lowes<br>PO Box 530970<br>Atlanta, GA 30353 | | | | 7,127.84 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| Gear for Sports 9700 Commerce Parkway Lenexa, KS 66219 | | | | 4,260.94 |
| CMG Carolina Marketing Group 2039 Chadbury Lane Myrtle Beach, SC 29588 | | | | 4,257.40 |
| NIKE USA PO Box 847648 Dallas , TX 75284-7648 | | | | 3,933.49 |
| Kellam & Pettit 2701 Coltsgate Roade, Ste 300 Charlotte , NC 28211 | | | | 3,919.84 |
| Nationwide Insurance 6849 Fairview Road, Ste 100 Charlotte , NC 28210-3393 | | | | 3,836.22 |
| Gary Jonas Computing 5 Walnut Grove Drive, Ste 100 Horsham,, PA 19044 | | | | 3,493.00 |
| Forefront PO Box 640870 Cincinnati, OH 45264-0870 | | | | 3,151.68 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date ___*3-15-10*___

Signature _____

HOWARD M. NIFONG, JR.
LLC Manager

UNITED STATES BANKRUPTCY COURT
**Western District of North Carolina**

In re   Firethorne Country Club, LLC                   ,
                        Debtor                              Case No.   _____

                                                           Chapter    11 _____

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Marvin Development Group II, LLC | 0.00 | 100% Ownership |

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Howard M. Nifong, Jr., LLC Manager of Firethorne Country Club, LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Firethorne Country Club, LLC

By : _____    Date : 3-15-10
Howard M. Nifong, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **FIRETHORNE COUNTRY CLUB, LLC** | ) | 10-_____ |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to

evaluate possible disqualification or recusal, the undersigned counsel for Firethorne Country

Club, LLC in the above-captioned action, certifies that Marvin Development Group II, LLC

owns 100% of the Debtor's membership interests.

Dated: Charlotte, North Carolina
        March 15, 2010

HAMILTON MOON STEPHENS STEELE
& MARTIN, PLLC


_____/s/ Travis W. Moon_____
Travis W. Moon (Bar No. 3067)
2020 Charlotte Plaza
201 South College Street
Charlotte, North Carolina 28244-2020
Telephone:  (704) 344-1117

*Counsel for the Debtor*

{00223173.DOC V. F008.013062;}

Action Garbage
PO box 762
Matthews, NC 28106


ADP
504 Clinton Center Drive, Ste 4400
Clinton, MS 39056


AFLAC
1932 Wynnton Road
Columbus, GA  31999


Albert Uster Imports
PO Box 770
Gaitherburg, MD 20881


Alsco
PO box 668088
Charlotte, NC  28266


AmSan
200 East Park Drive, Suite 200
Mt Laurel, NJ 08054


Aztech Security
9602 Quail Cove Court
Indian Trail, NC 28079


Ballantyne Country Club
11120 Ballantyne Crossing Avenue
Charlotte, NC 28277


Blue Cross/ Blue Shield
PO box 2291
Durham, NC 27702-2291


Bowman's Golf Car
3433 Springs Road North East
Hickory, NC 28601

Brewer-Hendley Oil
PO box 769
Marshville , NC 28103


Carmel Country Club
4735 Carmel Road
Charlotte, NC 28226


Carnousti Apparel
16901 Millikan Ave
Irvine, CA 92606


Carolinas Golf Association
PO Box 319
West End, NC 27376


Carolinas PGA
8820 Marina Parkway
Myrtle Beach, SC 29572


Central Maryland Association
1539 Tilco Dr #114
Fredrick, MD 21704


Cintas First Aid & Safety
PO Box 667548
Charlotte, NC 28266


Cintas of Rock Hill
6300 Harris Technology Blvd
Charlotte, NC 28269


City Electric Supply
216 Stetson Dr, Suite A
Charlotte , NC 28262


Clickit Ventures
1698 West Highway 160, Suite 240
Fort Mills, SC 29708

Club Managers Assoc of America
1733 King Street
Alexandria, VA 22314


CM Financial Corp
PO Box 66020
Chicago, IL 60666


CMC Custom Gifts Inc
15695 North 83rd Way
Scottsdale, AZ 85260


CMG Carolina Marketing Group
2039 Chadbury Lane
Myrtle Beach, SC 29588


Department of the Treasury
Internal Revenue Service
PO Box 804522
Cincinnati, OH  45280-4522


Directv
PO Box 60036
Las Angeles, CA   90060


DSA Carolina
PO Box 470814
Charlotte, NC 28247


Eagle One Golf Products
1340 North Jefferson St
Anaheim, CA 92807


East Coast Entertainment
POBox 73210
Richmond, VA 23235


Efird Serices
8110 Shannonwood Lane
Weddington , NC 28104

Embroidme-Charlotte
16131 Lancaster HWY, Suite 6
Charlotte, NC 28277


EZ Go div of Textron
PO Box 905610
Charlotte, NC 28290


Fairway Styles
1811 Huguenot Rd, Suite 204
Midlothian, VA 23113


Foot-Joy
PO Box 965
Fairhaven, MA 2719


Fore-Par Group
7650 Stage Road
Buena Park, CA 90261


Forefront
PO Box 640870
Cincinnati, OH 45264-0870


Foster Caviness
PO Box 35075
Greensboro, NC 27425-5075


Freeman, John
4316 Woodwind Street
Charlotte , NC 28213


Gary Jonas Computing
5 Walnut Grove Drive, Ste 100
Horsham,, PA 19044


GE Capital
PO Box 740441
Atlanta, GA 30374

Gear for Sports
9700 Commerce Parkway
Lenexa, KS 66219


Golf Agronomics
2165 17th St
Sarasota, FL 34234


Golf Design, Inc
11621 Markon Dr
Garden Grove, CA 92841


Golf Max
PO Box 346
Patterson, NJ 7543


Golf Soulutions Inc
4027 Owl Creek Drive
Madison, WI 53718


Greenville Tur & tractor
701 Sandy Springs Rd
Peidmont, SC 29673


Handicap Program of the Carolinas
PO Box 319
West End, NC 27376


Harold Barnes
1817 Tullamore Park Circle
Charlotte , NC 28226


Harrell's Inc
PO Box 807
Lakeland, FL 33802


Hasler
478 Wheelers Farms Rd
Milford, CT 6461

Head USA
306 South 45 Ave
Phoenix, AZ 85043


Heavy Putter, LLC
679 Danbury Rd
Richfield, CT 6877


Hilton Head Classics
PO Box 23724
Hilton Head Island, SC 29925


Iliac Golf
2227 Faraday Ave, Suite D
Carlsbad , CA 92008


Inland Seafood, Inc
PO Box 450669
Atlanta, GA 31145


Innisbrook at Firethorne HOA
604 Lark Hall Ct
Marvin, NC 28173


Innovative Office Systems
9801-C Southern Pines Blvd
Charlotte, NC 28273


JC Services Unlimited
828 York Dale Drive
Charlotte , NC 28217


Jim Berns
4411 Horseshoe Bend
Weddington , NC 28104


Kellam & Pettit
2701 Coltsgate Roade, Ste 300
Charlotte , NC 28211

Lancaster Cty Water & Sewer
PO Box 1009
Lancaster, SC 29721-1009


Lesco, Inc
PO Box 530931
Atlanta, GA 30353


Lesli Swimming Pool
PO Box 501162
St Louis, MO 63150


Lowes
PO Box 530970
Atlanta, GA 30353


Mad Science
810 Tyvola Road
Charlotte , NC 28217


Marvin Bridge Co
6401 Carmel Road, Suite 105
Charlotte , NC 28226


Marvin Development Group II, LLC


Mechanical Systems
PO Box 32607
Charlotte , NC 28232


Metlife
PO Box 804466
Kansas City, MO 64180


Mizuno USA
PO Box 101831
Atlanta, GA 30392


ML Stewart Training
2578 Enterprise Road #124
Orange City, FL 32763

Myers Park Country Club
2415 Roswell Ave
Charlotte , NC 28209


N.C. Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168



NAPA
PO Box 65
Waxhaw, NC 28173


National Welders Supply
PO Box 31007
Charlotte, NC 28231


Nationwide Insurance
6849 Fairview Road, Ste 100
Charlotte , NC 28210-3393


Nickent Golf
19888 Quiroz Ct
Walnut, CA 91798


NIKE USA
PO Box 847648
Dallas , TX 75284-7648


Nuvox
PO Box 580451
Charlotte, NC 28258-0451


O'Connor Headwear
1950 Maybank HWY
Charleston, SC 29412


PGA Carolinas Section
8820 Marina Parkway
Myrtle Beach, SC 29572

Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353


Prestige Farms
PO Box 561928
Charlotte, NC 28213


Prince
PO Box 347155
Pittsburg, PA 15251


Pro Chef
224 Rolling Hill Rd, Suite 11-A
Mooresville, NC 28117


Quality Sprinkler Co
10301 Old Concord Rd
Charlotte, NC 28213


R & R Products Inc
3334 East Milber St
Tucson, AZ 85714


Rallins & Tissue
10612-D Providence RD, PMB 489
Charlotte , NC 28277


Rapid Fire & Safety
15105-D John J Deleney Dr # 312
Charlotte, NC 28277


Regal Chemical Co
PO Box 403368
Atlanta, GA 30384


Reid Cranford
14905 Boudins Lane
Charlotte , NC 28278

RL Schreiber iNc
1741 NW 33rd St
Pompano Beach , FL 33064


Royal cup
PO Box 170971
Birmingham, AL 35217


Sadock, Jamie LLC
7 West 18th St
New York , NY 10011


SESAC
55 Music Square East
Nashville, TN 37203


Smith and Tweed
14694 Wicks BLVD
San lendor, CA 94577


Southern Foods
PO Box 26801
Greensboro, NC 27429


Standard Lighting Distributors
PO Box 30726
Charlotte, NC 28230


Sun Mountain
5016 Curlew Ct
Missoula, MT 59808


SunDog Eyewear
197 Poplar Place, Suite 5
North Aurora, IL 60542


Superco Specialty
25041 Anza Drive
Valencia, CA 91355

Tervis Tumbler Co
201 Tripple Diamond Blvd
North Venice, FL 34275


Textile Management Service
600 Acadamy Drive, Suite 110
NorthBrook, IL 60062


Textron Financial
Dept AT 40219
Atlanta, GA 31192


Textron Financial (loan)
PO Box 3695
Boston, MA 2241


Thomas Pest Control
PO Box 1439
Matthews, NC 28106


Thyssen Krupp Elevator
PO Box 933004
Atlanta, GA 31193


Time warner Cable
13840 Ballentyne Corp Place
Charlotte , NC 28277


Tissue Law Offices
10612-D Providence RD, PMB 489
Charlotte , NC 28277


Titleist
PO Box 965
Fairhaven, MA 2719


TSP
1162 Chastain Rd
Liberty, SC 29657

Unifirst
PO Box 584
Newell, NC 28126


Union County (property Taxes)
PO Box 38
Monroe, NC 28111


Union County Public Works
PO Box 38
Monroe, NC 28111-0038


Union Power Cooperative
PO Box 5014
Monroe, NC 28111-5014


US Foodservice
125 Fort Mill Parkway
Fort Mills, SC 29715


USA Pool Management
1073 Green St
Roswell, GA 30075


USGA
PO Box 708
Far Hills, NJ 7931


UZ Engineered Products
3325 St Claire Ave
Cleveland, OH 44114


Waste Management
390 Innovation Way
Wellford, SC 29385


Waxhaw Ace Hardware
3927 Providence RD South
Waxhaw, NC 28173

Welch Tennis Courts
PO Box 7770
Sun City, FL 33586

Westco Insurance
PO Box 31880
Cleveland, OH 44131

Windstream
PO Box 9001908
Louisville, KY 40290-1908

York Electric
1385 E Alexander Love Hwy
York, SC 29745